AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821 |
| V. | |
| Carr, Joseph | Case Number: 4:17-cr-00237-01-BSM |
| | USM Number: 11595-025 |
| **Date of Original Judgment:** 5/04/2018 (Or Date of Last Amended Judgment) | Latrece Gray — Defendant's Attorney at Sentencing |

Upon motion of ☐ the defendant  ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of __24__ months is reduced to __18 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level (Prior to Departure/Variance/Rule 35): __11__     Amended Offense Level: __11__
    Criminal History Category: __V__       Criminal History Category: __IV__
Previous Guideline Range: __24__ to __30__ months     Amended Guideline Range: __18__ to __24__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Sentence is consecutive to S.D. Illinois, No. 3:15cr30107-001

Except as provided above, all provisions of the judgment dated __5/04/2018__ shall remain in effect.

**IT IS SO ORDERED.**

__11/28/2023__                               _/s/ Brian S. Miller_
Order Date                                   Signature of Judge

__February 1, 2024__                         U.S. District Judge Brian S. Miller
Effective Date (if delayed)                  Name and Title of Judge